# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL PARHSALL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CENTERSTATE BANK CORPORATION, ERNEST S. PINNER, CHARLES W. MCPHERSON, JAMES H. BINGHAM, MICHAEL J. BROWN SR., CHARLES DENNIS CARLTON, MICHAEL F. CIFERRI, JOHN C. CORBETT, JODY JEAN DREYER, GRIFFIN A. GREENE, JOHN H. HOLCOMB III, RICHARD MURRAY IV, GEORGE TIERSO NUNEZ, THOMAS E. OAKLEY, G. RUFFNER PAGE JR., WILLIAM KNOX POU JR., DANIEL R. RICHEY, DAVID G. SALYERS, JOSHUA A. SNIVELY SR., MARK W. THOMPSON, and SOUTH STATE CORPORATION,<br><br>        Defendants. | Case No. 1:20-cv-00398-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

| | |
|---|---|
| Dated: May 20, 2020 | **RIGRODSKY & LONG, P.A.** |
| | By: */s/ Brian D. Long* |
| | Brian D. Long (#4347) |
| **OF COUNSEL:** | Gina M. Serra (#5387) |
| | 300 Delaware Avenue, Suite 1220 |
| **RM LAW, P.C.** | Wilmington, DE 19801 |
| Richard A. Maniskas | Telephone: (302) 295-5310 |
| 1055 Westlakes Drive, Suite 300 | Facsimile: (302) 654-7530 |
| Berwyn, PA 19312 | Email: bdl@rl-legal.com |
| Telephone: (484) 324-6800 | Email: gms@rl-legal.com |
| Facsimile: (484) 631-1305 | |
| Email: rm@maniskas.com | *Attorneys for Plaintiff* |

2